UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

**FILED**
January 03, 2023
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

        Plaintiff,

   v.

KEINO BRUCE,

        Defendant.

Case No. 2:22-cr-00058-DAD-10

**ORDER FOR RELEASE OF PERSON IN CUSTODY**

TO:    UNITED STATES MARSHAL:

This is to authorize and direct you to release __KEINO BRUCE__, Case No. __2:22-cr-00058-DAD-10__, Charge __18 U.S.C. § 371__, from custody for the following reasons:

    \_\_\_\_\_   Release on Personal Recognizance

    \_\_\_\_\_   Bail Posted in the Sum of $ _____

    X    Unsecured Appearance Bond $ **$25,000.00 unsecured bond, cosigned by the defendant's mother, Ollie Bruce**

    \_\_\_\_\_   Corporate Surety Bail Bond

    \_\_\_\_\_   (Other):

Sacramento County Jail is further ORDERED to release the defendant with a 30-day supply of any medications the defendant is receiving from the jail.

Issued at Sacramento, California at 2:41PM.

Dated: January 3, 2023

_[signature]_
DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE