**KYLE R. KNAPP**
**Attorney at Law**
California State Bar No. 166597
916 2ND Street, 2nd Floor
Sacramento, CA 95814
kyleknapp@sbcglobal.net
Telephone:(916) 441-4717

Attorney for KEINO BRUCE

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) CASE NO. 22-CR-058-DJC |
|---|---|
| Plaintiff, | ) |
| v. | ) WAIVER OF PERSONAL APPEARANCE AND ORDER |
| KEINO BRUCE, | ) |
| Defendant. | ) |

   Keino Bruce, defendant in the above-entitled action, hereby waives his right to be present in open court as provided in Rule 43 of the Federal Rules of Criminal Procedure for any status conference or non-evidentiary motion hearing in this matter.  The appearance waiver includes any appearance involving a continuance either before or after trial, including a hearing at which a trial date is selected.  The waiver does not extend to arraignment, entry of plea, change of plea, any motion hearing at which evidence and/or testimony is presented, or any trial state from selecting a jury to verdict, nor does it apply to imposition of sentence.

   Defendant requests that the Court proceed during every permitted absence as set out in the preceding paragraph.  Defendant agrees that his interest will be deemed represented at all times by the presence of his attorney in the same manner as if he were personally present in court.  He further agrees that he will be present in court and ready for trial of the matter on any day or hour that the Court may fix

in his absence.

Defendant acknowledges that he has been informed of his rights under the Speedy Trial Act (Title 18, United States Code, Sections 3161-3174). Defendant expressly authorizes his attorney to set dates, including permissible delays and continuances pursuant to the Speedy Trial Act, without the requirement of bis being personally present.

DATED: February 13, 2024

By _____
KEINO BRUCE
Defendant

I agree with and consent to Defendant Keino Bruce's waiver of personal appearance at further proceedings.

Dated: February 13, 2024                                  Respectfully submitted.


                                                           /s/ Kyle R. Knapp
                                                          Kyle R. Knapp
                                                          Attorney for Defendant
                                                          KEINO BRUCE

IT IS SO ORDERED.

Dated:  February 13, 2024            /s/ Daniel J. Calabretta
                                     THE HONORABLE DANIEL J. CALABRETTA
                                     UNITED STATES DISTRICT JUDGE